HONLEY *et al.* v. FIRST NAT. BANK OF HOLDENVILLE.

No. 4726.　Opinion Filed March 11, 1913.

(130 Pac. 945.)

APPEAL AND ERROR—Time for Taking Proceedings—Dismissal. Under chapter 18, p. 35, Sess. Laws 1910-11, proceedings in error in the Supreme Court must be brought within six months from the date of the rendition of the judgment or order from which the appeal is sought to be taken; and when not so brought this court is without jurisdiction, and the same will be dismissed.

(Syllabus by the Court.)

*Error from District Court, Seminole County;*
*Tom D. McKeown, Judge.*

Action between Frank Honley and another and the First National Bank of Holdenville. From the judgment, Honley and another bring error. Dismissed.

*D. O. Jennings* and *J. A. Baker,* for plaintiffs in error.

*Warren & Miller,* for defendant in error.

DUNN, J.   This case presents error from the district court of Seminole county, and is brought for the purpose of having reviewed errors alleged to have occurred on the trial of the cause. The motion for a new trial was denied on June 24, 1912, and the petition in error was not filed in this court until January 13, 1913, or a period of more than six months from the rendition of the judgment or order of which complaint is made.   Chapter 18, Sess. Laws 1911, p. 35, provides that "all proceedings for reversing, vacating or modifying judgments, or final orders shall be commenced within six months from the rendition of the judgment or final order complained of."   Under the foregoing statute the motion to dismiss the appeal filed by the defendant in error must be sustained, as the statutory period within which an appeal is allowable had expired when it was filed.   See *Healy v. Davis,* 32 Okla. 296, 122 Pac. 157; *Rolater v. Strain,* 31 Okla. 58, 119 Pac. 992; *Fairbanks-Morse & Co. v. Thurmond et al.,* 31 Okla. 612, 122 Pac. 167; *Lewis v. Kidd,* 33 Okla. 628, 127 Pac. 257; *Brooks et al. v. United Mine Workers of America et al.* (not yet officially reported), 128 Pac. 236.

The appeal is accordingly dismissed.

HAYES, C. J., and KANE and TURNER, JJ., concur; WILLIAMS, J., absent, and not participating.